# Court of Appeals, State of Michigan
## ORDER

*People v Perkins; People v Williams; People v Hyatt*

Docket Nos.   323454; 323876; 325741

LC Nos.   13-032653-FC; 13-033526-FC; 13-032654-FC

Michael J. Talbot, C.J.
Presiding Judge

All Court of Appeals
Judges

The Court orders that a special panel shall be convened pursuant to MCR 7.215(J) to resolve the conflict between this case and *People v Skinner*, ___ Mich App ___; ___ NW2d ___ (2016) (Docket No. 317892).

The Court further orders that part IV, section C, of the opinion in this case, released on January 19, 2016, is vacated in its entirety. MCR 7.215(J)(5).

Appellant Hyatt may file a supplemental brief within 21 days of the Clerk's certification of this order. Appellee may file a supplemental brief within 21 days of the service of appellant's brief.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

FEB 1 2 2016

Date

Chief Clerk